UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RACHAEL FLEURIET HOLLOMAN                                                          PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:07cv107-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY,                              DEFENDANTS
FIDELITY NATIONAL INSURANCE COMPANY,
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, AND VARIOUS DOE DEFENDANTS

**ORDER**

      This Court entered an [33] Order for Mediation in this cause of action on August 13, 2007.  The mediation is scheduled for 9:00 a.m on November 13, 2007.  The Court has determined that non-binding arbitration, rather than mediation, should occur.  Therefore, the Order for Mediation is amended by the attached Order, and the non-binding arbitration shall proceed in accordance therewith at the same time and on the same date the mediation is currently scheduled.  The mediator assigned to the mediation shall serve as the arbitrator in the non-binding arbitration.

      **SO ORDERED** this the 5th day of November, 2007.

      s/ L. T. Senter, Jr.
      L. T. SENTER, JR.
      SENIOR JUDGE